[No. 9021-0-II.   Division Two.   February 18, 1987.]

L. R. WESTGARD, ET AL, *Appellants,* v. TRUSTEED PLANS
SERVICE CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 84–2–03025–4, E. Albert Morrison, J., entered July 5, 1985. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.